**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6296**

MICHAEL RICHARD D'ALESSANDRO,

                Plaintiff – Appellant,

        v.

MONTGOMERY COUNTY, MARYLAND; SUZYK MALAGARY; JOHN DOE, Case
Manager; GRANT CLARK, Property Manager,

                Defendants – Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge. (8:09-cv-00190-PJM)

Submitted:  May 20, 2010                Decided:  May 28, 2010

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael  Richard  D'Alessandro,  Appellant  Pro  Se.   Patricia
Lisehora Kane, COUNTY ATTORNEY'S OFFICE, Rockville, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Richard D'Alessandro appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. D'Alessandro v. Montgomery County, No. 8:09-cv-00190-PJM (D. Md. filed Jan. 20, 2009; entered Jan. 21, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED